

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable Cullen B. Vance
County Attorney
Jackson County
Edna, Texas

Dear Sir:

Opinion No. O-5109
Re:  Can a justice of the peace
legally hold the office of
tax assessor-collector of
the Edna Independent School
District?

     Your letter of February 12, 1943, requesting the opinion of this department on the above stated question reads in part as follows:

> "Edna Independent School District which was created by a vote of the people under the general laws has requested that I procure from your department an opinion as to whether or not a party can hold the office of Tax Collector and Assessor for the District while also holding the office of Justice of the Peace.
>
> "...."

     Article 16, Section 40 of the State Constitution provides in part as follows:

> "No person shall hold or exercise, at the same time, more than one civil office of emolument, except that of Justice of the Peace, County Commissioner, Notary Public and ...."

     In the case of Geal v. Townsend, 14 S. W. 365, Judge Gaines in this opinion seems to lay down the original interpretation of Article 16, Section 40 of the Constitution, and used the following language:

> "Any of the offices named in the exception may be held with any other office, whether named in the exception or not."

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

By the laws of this State, constitutional and statutory, a person is prohibited from holding more than one civil office of emolument, (Article 16, Section 40 of the State Constitution) except certain offices of which that of the justice of the peace is one. However, our courts have gone further and have extended the rule that even where there is a specific exception to the rule of more than one office of emolument as in this case, or where an office does not pay for his services to the holder thereof, that where a person seeks to hold more than one civil office and the duties of the two offices are incompatible, that such a person cannot hold both offices, and the acceptance of the latter, or later in point of time, is considered a vacancy or resignation of the office formerly held.

Applying these rules, the courts have held in the case of Luera v. State, 63 S. W. (2) 699, that the justice of the peace can also be a recorder in the corporation court of the city, as Article 16, Section 40 of the State Constitution does not apply to justices of the peace and the duties of the two offices are not incompatible one to the other. Even though the two offices in the inquiry at hand, tax assessor-collector of the Edna Independent School District and justice of the peace, may be both civil offices of emolument, yet this provision of the Constitution does not apply to justices of the peace, where one person could hold both offices unless the duties of the same were incompatible one to the other.

Though the line which distinguishes compatible and incompatible duties of separate offices is sometimes dim and difficult to distinguish yet we are of the opinion that the offices of tax assessor-collector of the Edna Independent School District and justice of the peace are not incompatible one to the other and that the same person can hold both offices at the same time.

Offices are incompatible where their duties are or may be inconsistent or conflicting, but not where their duties are wholly unrelated, or in no manner inconsistent and are never in conflict, and where neither officer is accountable or under the dominion of, or subordinate to, the other, or has any right or power to interfere with the other in the performance of any duty. State v. Martin, 51 S. W. (2) 815, Kugle v. Glen Rose Independent School District, 50 S. W. (2) 375, Thomas v. Abernathy County Line Independent School District, 200 S. W. 152, Texas Jurisprudence, Volume 34, page 351.

Honorable Cullen B. Vance, Page 3

In view of the foregoing authorities, you are respectfully advised that it is the opinion of this department that the justice of the peace, inquired about, can also legally hold the office of tax assessor-collector of and for the Edna Independent School District. In other words a person can hold both the office of justice of the peace and the office of tax assessor-collector of the Edna Independent School District at the same time.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By _Ardell Williams_

Ardell Williams
Assistant

AW:mp

APPROVED
OPINION
COMMITTEE
BY _BWB_
CHAIRMAN